241 So.2d 529

**STATE of Louisiana**

**v.**

**Bruce KILBOURNE.**

No. 51024.

Dec. 14, 1970.

Sentence has not yet been imposed. The application is premature.

241 So.2d 530

**STATE of Louisiana**

**v.**

**Dennis CHEEK.**

No. 51022.

Dec. 14, 1970.

Writ refused. The showing made is insufficient to warrant the exercise of supervisory jurisdiction.